U.S. COURTS

MAR 19 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

*Ryan Isbelle*

Plaintiff,

vs.

Defendant.

*Lawerence Denney*

Case No. **CR 19-093 SCWD**

**COMPLAINT**
**(28 U.S.C. § 1331: federal question)**

Jury Trial Requested ___ yes  ✗ no

## 1. JURISDICTION

Jurisdiction in this case is based on a federal question (meaning that this suit is based upon a federal statute or provision of the United States Constitution):

- ☐ Federal Statute:_____
- ☒ United States Constitution
- ☐ And a state law claim under the Court's supplemental jurisdiction authority.

## 2. PLAINTIFF

My name is *Ryan Isbelle*. I am a citizen of the State of *Idaho*,

presently residing at *217 S. Garden Ct. #F Lewiston, ID 83501*

Complaint (Rev. 7/2014)                    1

FEE PAID
RCPT #1336

## 3. DEFENDANT AND CAUSE OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing _Lawrence Denney_, who was acting as _Secretary of State_
   *(Defendant)*                                *(if applicable: job title, if a person; function, if an entity)*
for the _State of Idaho_.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _January 5, 2015 to Present_, Defendant
   *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

_Failed to protect my rights to equal protection of the law under the Fourteenth Amendment. SB 1108 (2013) was signed into law 04/01/13, added a geographic distribution requirement to Idaho Code section 34-1805. This requirement a states that all ballot initiative petitions must gather a minimum of 6 percent of the qualified electors at the time of the last general election in at least eighteen (18) legislative districts._

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

_Equal Protection Clause of the Fourteenth Amendment_

D. I allege that I suffered the following injury or damages as a result:
_Damages my right to participate in the initiative process_

E. I seek the following relief: _Invalidation of the geographic distribution requirement in Idaho Code section 34-1805._

**4. DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at _Coeur d'Alene_ on _03/19/19_.

                (Location)           (Date)

**Plaintiff's Original Signature**