LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

ROBERT A. BERRY, ISB #7742
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:     (208) 854-8073
robert.berry@ag.idaho.gov
Attorney for Defendant Lawerence Denney

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYAN ISBELLE, | Case No. 1:19-cv-00093-CWD |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS** |
| LAWERENCE DENNEY, | |
| Defendant. | |

COMES NOW Defendant, Idaho Secretary of State Lawerence Denney, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), moves this Court to dismiss Plaintiff's claims for lack of subject matter jurisdiction and for failure to state a claim as a matter of law.

/ / /

/ / /

/ / /

/ / /

MOTION TO DISMISS - 1

This motion is supported by the Memorandum in Support of Defendant's Motion to Dismiss and the Declaration of Dorothy Canary in support hereof and filed herewith.

DATED this 9th day of April, 2019.

                                        STATE OF IDAHO
                                        OFFICE OF THE ATTORNEY GENERAL

By:       */s/ Robert A. Berry*
              ROBERT A. BERRY
              Deputy Attorney General

MOTION TO DISMISS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system,

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CMF/ECF Registered Participant in the manner indicated:

Ryan Isbelle
217 S. Garden Ct., #F
Lewiston, ID 83501

☒ U.S. Mail
☐ Email
☐ Certified Mail, Return Receipt Requested
☐ Overnight Mail
☐ Facsimile

By: _____/s/ Robert A. Berry_____
Robert A. Berry
Deputy Attorney General

MOTION TO DISMISS - 3