LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

ROBERT A. BERRY, ISB #7742
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:	(208) 334-2400
Facsimile:	(208) 854-8073
robert.berry@ag.idaho.gov
Attorney for Defendant Lawerence Denney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYAN ISBELLE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAWERENCE DENNEY,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00093-CWD<br><br>**DECLARATION OF DOROTHY CANARY** |

　　　　I, Dorothy Canary, declare as follows:

　　　　1.　　I am over the age of 18 years and competent to testify on the matters herein.

　　　　2.　　I am an Election Compliance Specialist employed by the Idaho Secretary of State and work full-time in the Secretary of State's Office.  As of May 1, 2019, I will have worked five years for the Idaho Secretary of State. In that capacity, I make this declaration from personal knowledge.

　　　　3.　　My duties as an Election Compliance Specialist include compiling, tracking and maintaining records during Idaho's elections that are filed with the Idaho Secretary of State.  These

DECLARATION OF DOROTHY CANARY - 1

duties include tracking candidate information; campaign finance and disclosure reports; lobbying reports; and initiatives and referendums.

4. As it relates to initiatives and referendums, the Idaho Secretary of State maintains a list of those individuals or entities that have submitted a petition meeting the twenty signature requirement of Idaho Code § 34-1804.

5. I have reviewed the list of individuals or entities that submitted a petition meeting the twenty signature requirement of Idaho Code § 34-1804 since 2012. Ryan Isbelle is not on this list and has not submitted a petition meeting the twenty signature requirement of Idaho Code § 34-1804.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

DATED: April 5, 2019.

>  */s/ Dorothy Canary*
> Dorothy Canary

DECLARATION OF DOROTHY CANARY - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system,

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CMF/ECF Registered Participant in the manner indicated:

Ryan Isbelle
217 S. Garden Ct., #F
Lewiston, ID 83501

☒ U.S. Mail
☐ Email
☐ Certified Mail, Return Receipt Requested
☐ Overnight Mail
☐ Facsimile

By: _____/s/ Robert A. Berry_____
Robert A. Berry
Deputy Attorney General

DECLARATION OF DOROTHY CANARY - 3