LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

ROBERT A. BERRY, ISB #7742
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:     (208) 854-8073
robert.berry@ag.idaho.gov
Attorney for Defendant Lawerence Denney

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYAN ISBELLE, | ) |
| | ) Case No. 1:19-cv-00093-DCN |
| Plaintiff, | ) |
| | ) **MOTION TO DISMISS AMENDED** |
| vs. | ) **COMPLAINT** |
| | ) |
| LAWERENCE DENNEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant moves to dismiss Plaintiff's Amended Complaint (Dkt. 11).  This motion is supported by an accompanying Memorandum in Support of Motion to Dismiss.

DATED this 20th day of December, 2019.

                                            STATE OF IDAHO
                                            OFFICE OF THE ATTORNEY GENERAL

                                  By:_____*/s/ Robert A. Berry*_____
                                        ROBERT A. BERRY
                                        Deputy Attorney General

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 20th day of December, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system,

     AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CMF/ECF Registered Participant in the manner indicated:

| | |
|---|---|
| Ryan Isbelle<br>217 S. Garden Ct., #F<br>Lewiston, ID 83501 | ☒ U.S. Mail<br>☐ Email<br>☐ Certified Mail, Return Receipt Requested<br>☐ Overnight Mail<br>☐ Facsimile |

By:    */s/ Robert A. Berry*
      Robert A. Berry
      Deputy Attorney General