UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYAN ISBELLE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE DENNEY,<br><br>　　Defendant. | Case No. 1:19-cv-00093-DCN<br><br>**JUDGMENT** |

　　In accordance with the Court's Memorandum Decision and Order entered concurrently herewith,

　　**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants, and this case closed.

DATED: June 1, 2020

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1